UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REESE, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>CLIENT SERVICES, INC. and DOES 1-20, inclusive, <br><br>　　　　　Defendants. | CASE NO. 1:13-CV-00321-AWI-GSA <br><br>**ORDER OF DISMISSAL** |

On June 3, 2013, the parties filed a stipulation to dismissal this action pursuant to Rule 41(a)(1)(A)(ii).  Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: ___June 4, 2013___

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1

07409.00/194016

[PROPOSED] ORDER OF DISMISSAL
CASE NO. 1:13-CV-00321-AWI-GSA