UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REESE,<br><br>   Plaintiff,<br><br>vs.<br><br>CLIENT SERVICES, INC. and DOES 1-20, inclusive,<br><br>   Defendants. | CASE NO. 1:13-CV-00321-AWI-GSA<br><br>**ORDER OF DISMISSAL** |

On June 3, 2013, the parties filed a stipulation to dismissal this action pursuant to Rule 41(a)(1)(A)(ii). Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
SENIOR DISTRICT JUDGE